**Order entered January 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00848-CV

**THE DALLAS MORNING NEWS, INC., Appellant**

**V.**

**CHRISTOPHER KEVIN MAPP, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-02118-J**

## ORDER

We **GRANT** appellee's December 18, 2014 motion for an extension of time to file a reply brief. We **ORDER** the reply brief tendered to this Court on December 19, 2014 filed as of the date of this order.

/s/      ELIZABETH LANG-MIERS
        JUSTICE